IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION



FI___D
U.S. DIST___ ___URT
EASTERN DIS___ ___ TEXAS

SEP 1 5 2006

DAVID J. MALA___ ___RK
BY
DEPUTY ___

| | | |
|---|---|---|
| HYPERION SOLUTIONS CORPORATION | § | |
| Vs. | § | CIVIL ACTION NO. 2:04-CV-436 |
| OUTLOOKSOFT CORPORATION | § | |

## VERDICT FORM

**QUESTION NO. 1:**

Do you find by a preponderance of the evidence that the defendant infringes, contributes to the infringement of, or induces the infringement of, the following claims of the patents with respect to the sale of its software products?

Answer "Yes" or "No" for each asserted claim and each software product separately.

'141 patent:

<u>Claim 8</u>

OutlookSoft Everest (Version 1):                                              *NO*

OutlookSoft Financial Planning and Analysis ("FPA") (Version 2):   *NO*

OutlookSoft Enterprise Analytic Portal ("EAP") (Version 3):          *NO*

OutlookSoft Everest (Versions 4.0, 4.1, and 4.2):                     *NO*

OutlookSoft Corporate Performance Management:                        *NO*

<u>Claim 9</u>

OutlookSoft Everest (Version 1):                                              *NO*

OutlookSoft Financial Planning and Analysis ("FPA") (Version 2):   *NO*

OutlookSoft Enterprise Analytic Portal ("EAP") (Version 3):   _NO_

OutlookSoft Everest (Versions 4 0, 4.1, and 4.2):   _NO_

OutlookSoft Corporate Performance Management:   _NO_

'608 patent:

Claim 1

OutlookSoft Everest (Version 1):   _NO_

OutlookSoft Financial Planning and Analysis ("FPA") (Version 2):   _NO_

OutlookSoft Enterprise Analytic Portal ("EAP") (Version 3):   _NO_

OutlookSoft Everest (Versions 4 0, 4.1, and 4.2):   _NO_

OutlookSoft Corporate Performance Management:   _NO_

Claim 4

OutlookSoft Everest (Version 1):   _NO_

OutlookSoft Financial Planning and Analysis ("FPA") (Version 2):   _NO_

OutlookSoft Enterprise Analytic Portal ("EAP") (Version 3):   _NO_

OutlookSoft Everest (Versions 4.0, 4 1, and 4.2):   _NO_

OutlookSoft Corporate Performance Management:   _NO_

If you have answered "Yes" to any part of Question No. 1, then answer Question No. 2

Otherwise, do not answer Question No. 2, but proceed to Question No. 3

**QUESTION NO. 2:**

Do you find by clear and convincing evidence that such conduct, as you have found in answer

to Question No. 1, was willful?

Answer "Yes" or "No "

Answer:        *NO*

Proceed to Question No. 3.

3

**QUESTION NO. 3:**

Do you find by clear and convincing evidence that any of the following claims of the patents are invalid?

Answer "Yes" or "No" for each asserted claim separately

'141 patent:

Claim 8: _yes_

Claim 9: _yes_

'608 patent:

Claim 1: _yes_

Claim 4: _yes_

4

If you have answered "Yes" to any part of Question No. 1, then answer Question No. 4.
Otherwise, do not answer Question No. 4. The jury foreperson should sign and date the Verdict
Form and return it to the Security Officer.

**QUESTION NO. 4:**

What sum of money, if any, if paid now in cash, would fairly and adequately compensate the
plaintiff for damages for infringement, if any, that you have found in answer to Question No. 1?

Answer in dollars and cents, if any.

Answer: _____$0.00_____

**SIGNED** this _5_ day of September, 2006

_____
JURY FOREPERSON